# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF VIRGINIA

## Norfolk Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:20-cr-14-1 |
| ) | |
| **JIMMY LEE JONES, SR.,** ) | |
| **Defendant** ) | |

### NOTICE

This notice is to inform the Court that Sherrie S. Capotosto, Assistant United States Attorney, will be acting as counsel for the United States in reference to the above-styled defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. §3582(c) in this case. Please note that this is a multi-defendant case and the undersigned is entering her appearance for the above referenced defendant and matter <u>only</u>.

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By:  /s/
Sherrie Capotosto
Assistant United States Attorney
United States Attorney's Office
Virginia State Bar No. 33127
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Sherrie.capotosto@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 25, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, and I will send notification my mail t the following non-filing user:

Jimmy Lee Jones, Sr.
Inmate #94177-083
FCI Petersburg
P.O. Box 1000
Petersburg, VA 23804

By: _____/s/_____
Sherrie Capotosto
Assistant United States Attorney
United States Attorney's Office
Virginia State Bar No. 33127
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Sherrie.capotosto@usdoj.gov